

# Fourth Court of Appeals

## San Antonio, Texas

September 25, 2015

No. 04-15-00218-CV

David **GOAD**,
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

No. 04-15-00219-CV

David **GOAD**,
Appellant

v.

Jamie **OSBORNE**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392 and 2014-CV-0393
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

The brief of appellant David Goad in these consolidated appeals was originally due July 20, 2015.  We have provided Goad a copy of the appellate record and granted him extensions of time until September 18, 2015, to file the brief.  Our last order, dated August 12, 2015, advised Goad that no further extensions would be granted absent a motion demonstrating extraordinary circumstances.

On September 14, Goad filed a motion explaining the circumstances that make it difficult for him to prepare his brief.  He requests thirty days to give this court notice of how long it will take him to prepare the brief, and he effectively requests an indefinite extension of time to file the brief.

We **deny** the motion for an indefinite extension of time. However, we find that Goad has shown circumstances justifying additional delay in briefing the case. We therefore **grant** Goad an additional thirty days to file his brief and **order** the brief due **October 19, 2015** (ninety-one days after the original due date). The mailbox rule will not apply and the brief must be received in this court by the date ordered. In the interest of the efficient administration of justice, the court will not grant any further extension of time to file appellant's brief. If the brief is not received by the date ordered, the court will dismiss the appeal without further notice. *See* TEX. R. APP. P. 38.8(a) & 42.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.

Keith E. Hottle
Clerk of Court